UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEYBANK NATIONAL ASSOCIATION,

                Plaintiff,

-v.-

STEVEN PARKER-SMITH,

                Defendant.

20 Civ. 587 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    There is currently a default hearing scheduled in this action on July 29, 2020, at 11:00 a.m.  Given the ongoing pandemic, the Court believes it wise for the hearing to proceed telephonically.  Accordingly, the Court ORDERS that the default hearing proceed by telephone.  The dial-in information is as follows: At 11:00 a.m., the parties will dial (888) 363-4749 and enter access code 5123533.  Please note that the conference will not be available prior to 11:00 a.m.  The Court ORDERS Plaintiff to serve a copy of this Order on Defendant such that Defendant will have received this Order by end of day on July 28, 2020.

    SO ORDERED.

Dated:   July 27, 2020
             New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge